UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:17cr191 |
| Plaintiff, | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| v. | ) | |
| | ) | MINUTES OF HEARING AND |
| JESSE L. MELTON, | ) | CONTEMPT ORDER |
| Defendant(s). | ) | |

Following the arraignment held on June 15, 2017, in the above-captioned case, the Court was advised by the United States Marshal Service for the Northern District of Ohio that Defendant Jesse Melton refused to be fingerprinted and processed. The Court reconvened on June 15, 2017, for a Contempt Hearing.

The Defendant was present along with standby counsel Assistant Federal Public Defender Darin Thompson. Assistant United States Attorneys Brad Beeson and Robert Kern were present on behalf of the United States. The defendant reiterated that he did not consent to fingerprinting and processing by the United States Marshal Service.

Upon consideration, and for the reasons stated on the record, the Court ORDERS the Defendant to be fingerprinted and processed by the U.S. Marshal Service. If the Defendant refuses to comply with the Court's Order he will be held in contempt of court and subject to thirty (30) days

custody of Attorney General. This time will not be credited towards time served for any conviction resulting from the instant prosecution.

    IT IS SO ORDERED.

<u>*s/Dan Aaron Polster*  *6/15/2017*</u>
Dan Aaron Polster
United States District Judge